OCTAVE M. MICHAUD, Admr. *vs.* FLETCHER-LAHEY CO.

Kennebec County. Decided June 9, 1913. The Court are of opinion :

1.   That the evidence not only does not support the plaintiff's theory as to how his intestate was injured, but flatly contradicts it.

2.   That the defendant did not owe the plaintiff's intestate the duty of warning him of danger at the place where he was injured.

3.   That a verdict should have been directed for the defendant. Motion and exceptions sustained. *Williamson, Burleigh & McLean,* for plaintiff. *N. F. Heseltine, Cleaves, Waterhouse & Emery,* for defendant.